AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

MARVIN BERNARD TUCKER,

   Plaintiff,

                                    JUDGMENT IN A CIVIL CASE

                                    CASE NUMBER: CV123-128

   V.

RONALD DUTTLINGER; DONNA YOUNG; DEPUTY
WARDEN KARL FORT; CLIFFORD BROWN,

   Defendant's

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

that, pursuant to the Order dated January 3, 2024, the Magistrate Judge's Report and Recommendation is adopted as the opinion of the Court. Therefore, Plaintiff's complaint is dismissed without prejudice. This action stands closed.



January 3, 2024                                          John E. Triplett, Clerk of Court
Date                                                              Clerk

                                                                                   (By) Deputy Clerk